NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**3S AMERICAS INC.,**

*Plaintiff-Appellant*

**v.**

**COOPER NEW ENERGY CO. LTD.,**

*Defendant-Appellee*

_____

2026-1450

_____

Appeal from the United States District Court for the District of Arizona in No. 2:25-cv-01690-MTL, Judge Michael T. Liburdi.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          3S AMERICAS INC. v. COOPER NEW ENERGY CO. LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 15, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 15, 2026